MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Natalie.Lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0800 WHO |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | Date: Jan. 6, 2014 |
| SHAMEKA KNIGHT, ET AL., | Time: 9:30 a.m. |
| Defendants. | |

On January 6, 2014, the parties had a detention hearing before the Court. The Court ordered detention, finding that no condition or combination of conditions would reasonably assure the safety of any other person and the community. The Court also scheduled the defendant's initial appearance before the District Court for January 16, 2014 at 1:30 p.m. During the detention hearing, the parties explained to the Court that discovery had been provided and that defense counsel would review the discovery. Therefore, the parties requested, and the Court ordered, that the time between January 6, 2014 and January 16, 2014, be excluded from the running of the speedy trial clock for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension. The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests

STIP TO CONTINUE
CR 13-0800 WHO          1

of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                          MELINDA HAAG
                                          United States Attorney

DATED: January 6, 2014               /S/
                                          NATALIE LEE
                                          Assistant United States Attorney

DATED: January 6, 2014               /S/
                                          GARRICK LEW
                                          Attorney for Shameka Knight

      For the reasons stated above, the Court finds that the exclusion of time from January 6, 2014 to January 16, 2014 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: Jan 7, 2014

                                          HONORABLE ELIZABETH D. LAPORTE
                                          United States Magistrate Judge