MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7234
    Natalie.Lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAMEKA KNIGHT, et al.,<br><br>Defendant. | No. 13-CR-0800 WHO<br><br>Revised [PROPOSED] ORDER DETAINING DEFENDANT SHAMEKA KNIGHT PENDING TRIAL<br><br>Date: January 6, 2014<br>Time: 9:30 a.m.<br>Court: Hon. Elizabeth D. LaPorte |

    Defendant Shameka Knight is charged in an indictment with conspiracy to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846; possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and aiding and abetting in violation of 18 U.S.C. § 2. The United States moved for defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). On January 6, 2014, following a hearing pursuant to 18 U.S.C. § 3142(f), and considering the Pretrial Services report, the indictment filed in this case, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered defendant detained, as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the community. See 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767

F.2d 1403, 1406 (9th Cir. 1985).

After hearing argument from both counsel for defendant and counsel for the government, the Court granted the government's motion to detain for the reasons stated at the hearing, including the danger in the sale and trafficking of controlled substances within close proximity of elementary schools with young children and defendant's demonstrated inability to stop using controlled substances while previously on federal supervised release and in drug treatment.

## ORDER

Defendant is ordered detained as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the community.

Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. See 18 U.S.C. § 3142(i)(2). Defendant must be afforded a reasonable opportunity to consult privately with counsel. See 18 U.S.C. § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver defendant to the United States Marshal for a court appearance. See 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

DATED: January 8, 2014

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

DETENTION ORDER
13-CR-0800 WHO                                2