1 MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Natalie.Lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0800 WHO |
| v. | STIPULATION AND [PROPOSED] ORDER SCHEDULING CHANGE OF PLEA DATE TO MAY 15, 2014 |
| SHAMEKA KNIGHT, | |
| Defendant. | Date: May 15, 2014<br>Time: 1:30 p.m. |

A status conference is presently set for May 21, 2014 at 1:30 p.m. before this Court for all defendants. Defendant Shameka Knight and the government request that a change of plea hearing be scheduled for May 15, 2014 at 1:30 p.m. The May 21, 2014 date will remain on calendar for the other defendants in this case.

SO STIPULATED:

    MELINDA HAAG
    United States Attorney

DATED: April 30, 2014         /S/
    NATALIE LEE
    Assistant United States Attorney

STIP TO SET CHANGE OF PLEA
CR-13-0800 WHO     1

DATED: April 30, 2014           /S/
                                GARRICK LEW
                                Attorney for Shameka Knight

For the reasons stated above, a change of plea hearing is scheduled for Defendant Shameka Knight on May 15, 2014 at 1:30 p.m. The status hearing for the co-defendants in this case will remain scheduled for May 21, 2014 at 1:30 p.m.

SO ORDERED.

DATED:                                   _____
                                         HONORABLE WILLIAM H. ORRICK
                                         United States District Judge

STIP TO SET CHANGE OF PLEA
CR-13-0800 WHO                  2